FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

SEP - 6 2022

CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

*Nayer Chavez - Rodriguez*

        Defendant.

Case No. 2:22-mj-694-EJY

**ORDER**

    IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is _A 205 150 720_.

    IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), _____, Nevada.

    DATED this __6__ of __September__ 2020. 2022

_____

UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE