# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAYAR CHAVEZ-RODRIGUEZ,<br><br>    Defendant. | Case No. 2:22-mj-00694-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for December 8, 2022, be vacated and continued to Monday, January 23, 2023 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 5th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE